FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GARY STEVEN BERKHEISER,<br><br>Petitioner,<br><br>v.<br><br>CAPTAIN J.B. DAVIS,<br><br>Respondent. | No. SACV 06-205-DSF (RCF)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the attached Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report and Recommendation, subject to the following modifications.

At page 6, line 11, after the sentence ending "the tape exculpatory," add "[Petition, Ex. 2 at 5.]."

At page 6, line 12, after "regarding," add "the destruction of the tape recording."

At page 6, line 19, strike "be" and replace it with "[is]."

At page 6, line 21, after "turns on," strike "the."

At page 7, line 27, after "include any," strike "evidence," and insert "written documentation."

///

IT IS ORDERED that Judgment be entered denying the Petition with prejudice.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment by United States mail on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 1-23-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE