FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| GARY STEVEN BERKHEISER,<br><br>Petitioner,<br><br>v.<br><br>CAPTAIN J.B. DAVIS,<br><br>Respondent. | No. SACV 06-205-DSF (RCF)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: 1-23-08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE